**No. 10-384. Sholam Weiss, Petitioner v. Stan Yates, Warden.**

563 U.S. 935, 131 S. Ct. 2092, 179 L. Ed. 2d 889, 2011 U.S. LEXIS 3062.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 375 Fed. Appx. 915.